UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VDPP, LLC, | § | |
|    *Plaintiff*, | § | |
| v. | § | Civil Action No. 3:24-CV-0082-X |
| ZTE USA, INC, | § | |
|    *Defendant*. | § | |

### DISMISSAL ORDER

Given the Court's prior order (Doc. 27), the Court **DISMISSES WITHOUT PREJUDICE** this action. Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED** this 24th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1